## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| In re: | Case No. 8:12-bk-19276-MGW |
| Matthew J. Fitzpatrick, and<br>Kristen M. Fitzpatrick, | Chapter 7 |
| Debtors.<br>_____/ | |
| Traci K. Stevenson, | Adv. Pro. 8:13-ap-00588-MGW |
| Plaintiff, | |
| v. | |
| United Consumer Financial Services<br>Company, | |
| Defendant.<br>_____/ | |

### ORDER GRANTING DEFENDANT'S MOTION TO DISMISS
### COMPLAINT AND MOTION TO STRIKE REQUEST FOR PUNITIVE DAMAGES

THIS PROCEEDING came on for hearing on August 20, 2013 at 9:30 a.m. on Defendant United Consumer Financial Services Company's Motion to Dismiss Complaint (Doc. No. 6) (the "Motion to Dismiss") and Defendant United Consumer Financial Services Company's Motion to Strike Request for Punitive Damages (Doc. No. 7) (the "Motion to Strike") and the Court, having reviewed the pleadings, being otherwise duly advised in the premises and for the reasons stated on the record in open court, finds that Defendant's Motion to Dismiss and Motion to Strike are well taken and should be granted as set forth herein. Accordingly, it is

**ORDERED** that:

1. Defendant's Motion to Dismiss is **GRANTED** as it relates to the alleged post-petition contacts set forth in the Complaint.

2.	Defendant United Consumer Financial Services Company shall have twenty-one (21) days from the entry of this Order to file its response to the remaining allegations of the Complaint.

3.	The Motion to Strike Request for Punitive Damages is hereby **GRANTED** without prejudice.

**DONE** and **ORDERED** in chambers at Tampa, Florida on September 03, 2013.

_____
Michael G. Williamson
United States Bankruptcy Judge

[Attorney Ryan C. Reinert is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.]